## NEGRO CEASAR v. MITCHEL KIRSHAW.

Court of Quarter Sessions.

*Rodney's Notes.*

Court overruled the objection and directed the defendant, Kirshaw, to give security in four hundred dollars to keep the peace towards Negro Ceasar, after said Negro was examined.